IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:13-cv-153

| | | |
|---|---|---|
| C.R. PEELE CONSTRUCTION CO., INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING** |
| DTC ENGINEERS & CONSTRUCTORS, | ) | **MOTION TO TRANSFER** |
| LLC, and THE HANOVER INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon the Motion of Defendants to Dismiss this Case Pursuant to Fed. R. Civ. P. 12(b)(3) or to Transfer Pursuant to 28 U.S.C. § 1404 [Doc. 11]. The Court has considered the arguments of both the Plaintiff and the Defendants, and GRANTS the Defendants' motion to transfer. This action is hereby transferred to the United States District Court for the District of Connecticut, New Haven Division.

SO ORDERED. This 6 day of December 2013.

JAMES C. DEVER III
Chief United States District Judge